UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | | |
|---|---|---|
| WEST BEND INSURANCE COMPANY, | ) | *Electronically Filed* |
| | ) | **CASE NO. 1:25-cv-01218-STA-jay** |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| CROSSROADS PRAYER RETREAT; VIRGINIA HOLLAND; and TIMOTHY HALL, | ) | |
| | ) | |
| DEFENDANTS | ) | |

**MOTION FOR JUDGMENT ON THE PLEADINGS**

The Plaintiff, West Bend Insurance Company, by counsel, pursuant to Fed. R. Civ. P. 12(c) hereby moves for judgment on the pleadings.

In support of this Motion, West Bend states the averments of its Complaint for Declaratory Judgment, when "stripped of those allegations which are denied by the [Defendants'] Answer[s]," entitle Westfield to judgment. *United Food & Commercial Workers, Local 1995 v. Kroger Co.*, 51 F.4th 197, 202 (6th Cir. 2022). The parties agree regarding the subject matter of the claims brought against the Defendants in the lawsuit which underlies the coverage issues ("Underlying Litigation"), and they agree about the contents of the policy of insurance which West Bend issued to Virginia Holland DBA Crossroads Prayer Retreat, [Certified Policy, Exhibit B to Complaint for Declaratory Judgment, Doc. 1-2, Page ID # 22-124] and under which Defendants have sought indemnity and a defense from West Bend. The only disagreement is whether, when the policy language is applied to the underlying claims in light of Tennessee law, West Bend owes any coverage.

Application of the policy language to the averments of the underlying complaint and Tennessee law makes it evident that the claims presented in the Underlying Litigation are excluded from coverage by Aircraft, Auto or Watercraft exclusion of West Bend's policy.[1] Consequently, West Bend is entitled to judgment on the pleadings, and specifically to entry of a judgment it that owes no duties of defense or indemnity to any of the Defendants with respect to the Underlying Litigation.

For that reason, and for all those stated in the Memorandum of Law which accompanies this Motion, West Bend respectfully requests that its Motion for Judgment on the Pleadings be granted.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/ Elizabeth M. Bass*

Elizabeth M. Bass (TN BPR 035570/ KBA 92461)
133 Indian Lake Road, Suite 103
Hendersonville, TN 37075
Telephone: 615-919-9090
Facsimile: 859-219-9292 (F)
Email: Elizabeth@RichardsonLawGrp.com
COUNSEL FOR PLAINTIFF,
WEST BEND INSURANCE COMPANY

[1] For purposes of the present Motion, West Bend's coverage arguments are limited to the auto liability exclusion. However, the Complaint for Declaratory Judgment asserts a number of grounds upon which there is not or may be no coverage. In the event this Motion is denied, West Bend reserves the right to assert any or all of the grounds for denial of coverage which are identified in the Complaint for Declaratory Judgment, and none of them is waived by virtue of the filing of this Motion and supporting Memorandum.

**CERTIFICATE OF SERVICE**

On January 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Lewis L. Cobb
Spragins, Barnett & Cobb, PLC
312 East Lafayette Street
Jackson, TN 38302
lewiscobb@spraginslaw.com
*Counsel for Defendants, Crossroads Prayer Retreat, Virginia Holland, and Timothy Hall*

*/s/ Elizabeth M. Bass*
COUNSEL FOR PLAINTIFF,
WEST BEND INSURANCE COMPANY