UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**WEST BEND INSURANCE COMPANY,**

**Plaintiff,**

**vs.**

**CROSSROADS PRAYER RETREAT, ET AL.,**

**Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 25-1218-STA-jay**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS entered on June 24, 2026, this cause is hereby DISMISSED with prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 6/25/2026**

**Wendy R. Oliver**
**Clerk of Court**

**s/Maurice B. Bryson**
**(By) Deputy Clerk**